FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  ANNETTE BOVE
380 FOREST AVENUE
LYNDHURST,  NJ  07071

Atty:  FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 16-31782

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $8,484.00**

### RECEIPTS AS OF 01/15/2021          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/05/2016 | $106.00 | 931442310 | 01/11/2017 | $106.00 | 24051470962 |
| 02/13/2017 | $106.00 | 24082576255 | 03/13/2017 | $106.00 | 24082565681 |
| 04/28/2017 | $106.00 | 24369835612 | 05/09/2017 | $106.00 | 24244074584 |
| 06/12/2017 | $106.00 | 23706581670 | 07/12/2017 | $106.00 | 23706596935 |
| 08/18/2017 | $106.00 | 24281531627 | 09/19/2017 | $106.00 | 24281523055 |
| 10/11/2017 | $106.00 | 23769096344 | 11/08/2017 | $106.00 | 24512622761 |
| 12/19/2017 | $27.00 | 24753705311 | 12/19/2017 | $106.00 | 24338313911 |
| 01/25/2018 | $133.00 | 24753716548 | 02/14/2018 | $151.00 | 25045826613 |
| 03/15/2018 | $155.00 | 23429431023 | 04/16/2018 | $155.00 | 24794625756 |
| 05/17/2018 | $155.00 | 24794627264 | 06/26/2018 | $155.00 | 24996641804 |
| 07/11/2018 | $155.00 | 25217827817 | 08/17/2018 | $156.00 | 25149041177 |
| 09/20/2018 | $155.00 | 25217843163 | 10/19/2018 | $155.00 | 25505075913 |
| 11/16/2018 | $155.00 | 24817177045 | 01/08/2019 | $155.00 | 25546227355 |
| 02/12/2019 | $155.00 | 25546233892 | 03/04/2019 | $155.00 | 25546248167 |
| 03/26/2019 | $155.00 | 25695361945 | 04/30/2019 | $155.00 | 25695374297 |
| 05/21/2019 | $155.00 | 25695379326 | 07/01/2019 | $157.00 | 25929102137 |
| 07/30/2019 | $155.00 | 25695393805 | 08/28/2019 | $155.00 | 26096026072 |
| 10/02/2019 | $155.00 | 26096032980 | 10/25/2019 | $155.00 | 26207388448 |
| 12/05/2019 | $157.00 | 26207397900 | 12/31/2019 | $157.00 | 19062088923 |
| 01/28/2020 | $157.00 | 26254167535 | 02/20/2020 | $157.00 | 26421471562 |
| 03/24/2020 | $157.00 | 26510739210 | 04/21/2020 | $157.00 | 26510754082 |
| 05/26/2020 | $157.00 | 26510778281 | 06/23/2020 | $157.00 | 26510772947 |
| 08/03/2020 | $157.00 | 26853553135 | 09/11/2020 | $157.00 | 26858091003 |
| 09/29/2020 | $157.00 | 26853573892 | 11/03/2020 | $157.00 | 27012648587 |
| 12/08/2020 | $157.00 | 26876873215 | 01/07/2021 | $157.00 | 27056258357 |

**Total Receipts: $6,990.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $6,990.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|

**Chapter 13 Case # 16-31782**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 08/19/2019 | $299.02 | 831,529 | | 09/16/2019 | $148.80 | 833,539 |
| | 10/21/2019 | $146.94 | 835,568 | | 11/18/2019 | $146.94 | 837,639 |
| | 01/13/2020 | $148.84 | 841,438 | | 02/10/2020 | $148.84 | 843,326 |
| | 03/16/2020 | $297.68 | 845,245 | | 04/20/2020 | $148.84 | 847,185 |
| | 05/18/2020 | $141.30 | 849,053 | | 06/15/2020 | $141.30 | 850,744 |
| | 07/20/2020 | $145.22 | 852,557 | | 09/21/2020 | $145.22 | 856,249 |
| | 10/19/2020 | $290.44 | 858,114 | | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 12/21/2020 | $145.22 | 860,836 | | 01/11/2021 | $145.22 | 862,747 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 404.96 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,800.00 | 100.00% | 3,800.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BENE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 3,941.36 | 100.00% | 2,639.82 | |
| 0006 | CLARA MASS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 868.70 | * | 0.00 | |
| 0008 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | ELITE ORTHOPEDICS & SPORTS | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | EMERG PHYS SVCS OF NJ PA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | FAMILY DENTISTRY | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | GE CAPITAL RETAIL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | GENTLE DENTAL | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HACKENSACK DIGESTIVE DISEASE | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | HACKENSACK RADIOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | HACKENSACK RADIOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HOLY NAME HOSPITAL/HOLY NAME MEI | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | IMAGING SUBSPECIALISTS OF NORTH JE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | MIDLAND FUNDING LLC | UNSECURED | 756.07 | * | 0.00 | |
| 0023 | CAPITAL ONE NA | UNSECURED | 517.76 | * | 0.00 | |
| 0024 | LABORATORY CORP OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MD PARTNERS OF EHMC | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | QUANTUM3 GROUP LLC | UNSECURED | 1,481.75 | * | 0.00 | |
| 0029 | MONTCLAIR RADIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | QUANTUM3 GROUP LLC | UNSECURED | 1,780.60 | * | 0.00 | |
| 0034 | MIDLAND FUNDING LLC | UNSECURED | 538.74 | * | 0.00 | |
| 0035 | ORTHOPAEDIC ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | PARAUMS MEDICAL IMAGING | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | SYNCHRONY BANK | UNSECURED | 1,099.01 | * | 0.00 | |
| 0039 | PEACE HEALTH PARTNERS PC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | RICHARD G. PIZZANO, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | SEARS/CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | SUMMIT MEDICAL GROUP PA | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | THE DERMATOLOGY GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | TD BANK USA NA | UNSECURED | 719.16 | * | 0.00 | |
| 0047 | TOTAL CARDIOLOGY CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | QUANTUM3 GROUP LLC | UNSECURED | 1,895.04 | * | 0.00 | |
| 0051 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | * | 0.00 | |

Chapter 13 Case # 16-31782

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0054 | MONTCLAIR RADIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | NELNET LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | NELNET | UNSECURED | 11,310.77 | * | 0.00 | |
| 0059 | DR RCHARD PIZZANO | UNSECURED | 22.53 | * | 0.00 | |
| 0060 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 54,231.69 | * | 0.00 | |
| 0061 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,167.85 | * | 0.00 | |

**Total Paid:  $6,844.78**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $6,990.00      -    Paid to Claims: $2,639.82    -    Admin Costs Paid: $4,204.96    =    Funds on Hand: $145.22

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.