**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Annette Bove | Social Security number or ITIN  xxx–xx–7674 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–31782–VFP | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Annette Bove

12/16/21

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 16-31782-VFP

Annette Bove                                                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 16, 2021 | Form ID: 3180W | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette Bove, 380 Forest Avenue, Lyndhurst, NJ 07071-2411 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516499329 | + | Bene Card, PO Box 779, Mechanicsburg, PA 17055-0779 |
| 516499330 | + | Bureau of Accounts, PO Box 538, Howell, NJ 07731-0538 |
| 516499334 | + | Dept Of Ed/Navient, Attn: Claims Dept, Po Box 9400, Wilkes Barr, PA 18773-9400 |
| 516531168 | + | Dr. Richard Pizzano, c/o Paula G. Kaplan, Esq., 55 Morris Avenue Suite 200, Springfield, NJ 07081-1422 |
| 516499335 | + | Elite Orthopedics & Sports, Summit Collection Services Inc, PO Box 306, Ho Ho Kus, NJ 07423-0306 |
| 516499336 | + | Emerg Phys Svcs of NJ PA, HRRG, PO Box 8486, Pompano Beach, FL 33075-8486 |
| 516499337 | + | Family Dentistry, Maria M. Rincon Lorenzo DDS, 15 Ames Avenue, Rutherford, NJ 07070-1701 |
| 516499339 | + | Gentle Dental, 531 Ridge Road, Lyndhurst, NJ 07071-2739 |
| 516499343 | + | HCFS Healthcare, Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 516499345 | + | HRRG, PO Box 5406, Cincinnati, OH 45273-0001 |
| 516499340 | | Hackensack Digestive Disease, 52nd First Street, Hackensack, NJ 07601 |
| 516499342 | + | Hackensack Radiology Group, Hackensack Med Ctr/Newman St Imaging, Michael Harrison - Attorney At Law, 3155 Route 10 - Suite 214, Denville, NJ 07834-3430 |
| 516499341 | + | Hackensack Radiology Group, PO Box 416367, Boston, MA 02241-6367 |
| 516499344 | + | Holy Name Hospital/Holy Name Medical Ctr, 718 Teaneck Road, Teaneck, NJ 07666-4245 |
| 516499347 | + | Imaging Subspecialists of North Jersey, PO Box 3607, Evansville, IN 47735-3607 |
| 516499352 | + | MD Partners of EHMC, PO Box 14099, Belfast, ME 04915-4034 |
| 516499353 | + | Michael Harrison, Attorney At Law, 3155 State Route 10 East, Suite 214, Denville, NJ 07834-3430 |
| 516499354 | | Michael Harrison, Attorney At Law, 3155 Foute 10 East, Suite 214, Denville, NJ 07834 |
| 516499355 | + | Montclair Radiology, 777 Passaic Avenue, Clifton, NJ 07012-1804 |
| 516499361 | #+ | Orthopaedic Associates, 15-01 Broadway, Suite 20, Fair Lawn, NJ 07410-6003 |
| 516499362 | + | Paraums Medical Imaging, Summit Collection Services Inc, PO Box 306, Ho Ho Kus, NJ 07423-0306 |
| 516499365 | + | Peace Health Partners PC, 718 Teaneck Road, Teaneck, NJ 07666-4245 |
| 516499370 | + | Summit Medical Group PA, PO Box 14000, Belfast, ME 04915-4033 |
| 516499371 | + | The Dermatology Group, PO Bo x791486, Baltimore, MD 21279-0001 |
| 516499373 | + | Total Cardiology Care, 120 Franklin Street, Jersey City, NJ 07307-2326 |
| 519028681 | + | Towd Point Mortgage Trust 2020-4, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519028682 | + | Towd Point Mortgage Trust 2020-4, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Towd Point Mortgage Trust 2020-4, U.S. B Serviced by Select Portfolio Servicing, |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Dec 16 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

Case 16-31782-VFP    Doc 59    Filed 12/18/21    Entered 12/19/21 00:14:24    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 16, 2021 | Form ID: 3180W | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 16 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516499327 | + | EDI: RMCB.COM | Dec 17 2021 01:23:00 | AMCA, 4 Westchester Plaza, Building 4, Elmsford, NY 10523-1615 |
| 516499328 | | Email/Text: ebn@americollect.com | Dec 16 2021 20:31:00 | Americollect, PO Box 1566, Manitowoc, WI 54221 |
| 516669410 | | EDI: BL-BECKET.COM | Dec 17 2021 01:23:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516499332 | + | Email/Text: ebn@rwjbh.org | Dec 16 2021 20:31:00 | Clara Mass Medical Center, PO Bo x29948, New York, NY 10087-0001 |
| 516720324 | + | EDI: WFNNB.COM | Dec 17 2021 01:23:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516499333 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2021 20:32:41 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516499338 | + | EDI: RMSC.COM | Dec 17 2021 01:23:00 | GE Capital Retail Bank, PO Box 103104, Roswell, GA 30076-9104 |
| 516499346 | + | EDI: IIC9.COM | Dec 17 2021 01:23:00 | IC Systems, Attn Bankruptcy, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 516499348 | + | EDI: RMSC.COM | Dec 17 2021 01:23:00 | JC Penneys/Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 516499331 | | EDI: JPMORGANCHASE | Dec 17 2021 01:23:00 | Chase Mortgage, PO Box 78420, Phoenix, AZ 85062 |
| 516668122 | | EDI: JPMORGANCHASE | Dec 17 2021 01:23:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516499349 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2021 20:31:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516630434 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2021 20:32:42 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516499350 | + | EDI: RMCB.COM | Dec 17 2021 01:23:00 | Laboratory Corp of America, AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 516658024 | + | EDI: MID8.COM | Dec 17 2021 01:23:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516499356 | | Email/Text: billing@montrad.net | Dec 16 2021 20:31:00 | Montclair Radiology, 777 Passaic Avenue, Suite 360, Clifton, NJ 07012 |
| 516499351 | + | EDI: WFNNB.COM | Dec 17 2021 01:23:00 | Mandee/Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 516499357 | + | EDI: NAVIENTFKASMSERV.COM | Dec 17 2021 01:23:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516627910 | | EDI: NAVIENTFKASMSERV.COM | Dec 17 2021 01:23:00 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 516499358 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 16 2021 20:31:00 | Nelnet Loans, Nelnet Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516513670 | + | EDI: ECMC.COM | Dec 17 2021 01:23:00 | Nelnet on behalf of College Assist, c/o Educational Credit Management Corp, PO Box 16358, St. Paul MN 55116-0358 |
| 516499359 | | EDI: WFNNB.COM | Dec 17 2021 01:23:00 | New York & Co/Comenity Bank, Po Box 18215, Columbus, OH 43218 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 16, 2021 | Form ID: 3180W | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 516499360 | + | EDI: RMSC.COM | Dec 17 2021 01:23:00 | Old Navy/Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 516499364 | + | Email/Text: janicemorgan@optimum.net | Dec 16 2021 20:32:00 | PDAB INC, PO Box 98, Rockaway, NJ 07866-0098 |
| 516499366 | | EDI: PRA.COM | Dec 17 2021 01:23:00 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 516721493 | | EDI: PRA.COM | Dec 17 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516499363 | + | EDI: RMSC.COM | Dec 17 2021 01:23:00 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 516571276 | | EDI: Q3G.COM | Dec 17 2021 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518135587 | + | Email/Text: bncmail@w-legal.com | Dec 16 2021 20:31:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516499368 | + | EDI: NAVIENTFKASMSERV.COM | Dec 17 2021 01:23:00 | Sallie Mae, Attn: Navient, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516499369 | + | EDI: CITICORP.COM | Dec 17 2021 01:23:00 | Sears/Citibank, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516720335 | + | Email/Text: bncmail@w-legal.com | Dec 16 2021 20:31:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516499372 | + | EDI: WTRRNBANK.COM | Dec 17 2021 01:23:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 516499374 | | EDI: WFNNB.COM | Dec 17 2021 01:23:00 | Victoria Secret/Comenity Bank, PO Box 18215, Columbus, OH 43218 |
| 516499375 | + | Email/Text: collect@williamsalexander.com | Dec 16 2021 20:31:00 | Williams Alexander & Assoc, 1479 Route 23 South, Wayne, NJ 07470-7507 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518135588 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516499367 | ##+ | Richard G. Pizzano, MD, Paula G Kaplan, Esq, Sara A. Younger, Esq, 55 Morris Avenue, Suite 200, Springfield, NJ 07081-1422 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2021            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Nicholas Fitzgerald | on behalf of Debtor Annette Bove fitz2law@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com |

TOTAL: 6